UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00048-JAD-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER LEE, | ECF No. 41 |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that Sentencing currently scheduled on February 20, 2024 at the hour of 2:00 p.m., be vacated and continued to April 1, 2024, at 10:30 a.m.

Dated: February 12, 2024.

_____
UNITED STATES DISTRICT JUDGE