**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Christopher Lee.,<br><br>　　　　　　　Defendant(s). | **2:21-cr-00048-JAD-MDC**<br><br>**ORDER** |

　　　　On December 6, 2024, defendant Christopher Jordan Lee, filed a letter (ECF No. 47) seeking relief from the Court regarding probation matters.  The letter further includes defendant Lee's social security number and date of birth. Defendant Lee is represented by the Federal Public Defender.  Local Rule IA 11-6(a) provides in relevant part, "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *Id*.  This means that only defendant Lee's attorney may file documents with the Court.

　　　　Accordingly,

　　　　**IT IS ORDERED** that the Clerk of Court is kindly requested to seal and then strike the letter at ECF No. 47 from the record pursuant to LR IA 11-6(a)

　　　　DATED this 9th day of December 2024.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge